CITY BANK FARMERS TRUST Co., as Trustee, Respondent, v. BERNARD C. McCONNELL, Defendant, and REALTY ASSOCIATES SECURITIES CORPORATION, Appellant.

Submitted October 10, 1940; decided November 19, 1940.

*Lynn G. Goodnough* for appellant.

*Gerard I. Walters* and *Charles M. McCarty* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.